**UNITED STATES of America,**
**Appellee,**

v.

**Vincent A. CIANCI, Jr., et al.,**
**Defendants, Appellees.**

**Providence Journal Company**
**and Gerald M. Carbone,**
**Appellants.**

**No. 02–1347.**

United States Court of Appeals,
First Circuit.

June 13, 2002.

Howard A. Merten, with whom Gordon P. Cleary and Vetter & White, Inc. were on brief, for appellants.

Jerry Elmer and Goldenberg & Muri LLP on brief for Rhode Island Affiliate— American Civil Liberties Union, amicus curiae.

Lucy A. Dalglish on brief for The Reporters Committee for Freedom of the Press, American Society of Newspaper Editors, The Society of Professional Journalists, Radio–Television News Directors Association, and Newspaper Association of America, amici curiae.

William L. Patton, with whom Joan McPhee, Michele T. Perillo, and Ropes &

Gray were on brief, for appellee Hon. Ernest C. Torres.

Before BOUDIN, Chief Judge, SELYA and LIPEZ, Circuit Judges.

PER CURIAM.

We dismiss this appeal as moot. *See In re Prov. Journal Co.*, Nos. 02–1329, 02–1475, slip op. at 13 n. 3 (1st Cir. June 12, 2002).

*Appeal dismissed.*